# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | MC 19-165 CAS (MRWx) | Date | January 9, 2020 |
| Title | Mohit v. USCIS | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. Petitioner commenced this action in August 2019. In September 2019, the Court directed Petitioner to serve the federal government pursuant to Federal Rule of Civil Procedure 4(i). (Docket # 6.) The Court's docket reveals that Petitioner's lawyer requested and received the issuance of a summons in September and October 2019.

2. To date, though, the docket does not show any proof of service on the government. Fed. R. Civ. P. 4(l). There also has not been any appearance by government counsel in the action.

3. Rule 4(m) ordinarily requires service of process within 90 days from the filing of the complaint. That period expired in November 2019. Even assuming that the clock started from the Court's September instruction regarding the need to serve the government, the time for service likely expired in mid-December 2019.

4. The Court likely is obligated to dismiss the action without prejudice under Rule 4(m). However, in the interests of justice and given the nature of the action, the Court orders Petitioner to show cause for the failure to properly serve (or demonstrate service on) the government and/or extend the time for service. Petitioner's response to this order plus a full explanation of the status of service will be due by January 27.